| | |
|---|---|
| NICHOLS KASTER, PLLP<br>Matthew C. Helland (SBN 250451)<br>*helland@nka.com*<br>One Embarcadero Center, Suite 720<br>San Francisco, California 94111<br>Telephone: (415) 277-7235<br>Facsimile: (415) 277-7238 | NICHOLS KASTER, PLLP<br>Daniel C. Bryden (*pro hac vice*)<br>*dbryden@nka.com*<br>Megan D. Yelle (*pro hac vice*)<br>*myelle@nka.com*<br>4600 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 256-3200<br>Facsimile: (612) 338-4878 |

Attorneys for Plaintiffs LASANDRA HILLSON, STEVEN BOHLER, and ASHLEY SCHMIDT, individually and as representatives of a class

| | |
|---|---|
| SEYFARTH SHAW LLP<br>Gerald L. Maatman, Jr. (*pro hac vice*)<br>*gmaatman@seyfarth.com*<br>Pamela Q. Devata (*pro hac vice*)<br>*pdevata@seyfarth.com*<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5882<br>Facsimile: (312) 460-7882 | SEYFARTH SHAW LLP<br>Laura J. Maechtlen (SBN 224923)<br>*lmaechtlen@seyfarth.com*<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |

Attorneys for Defendant
KELLY SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANDRA HILLSON, STEVEN BOHLER, and ASHLEY SCHMIDT, individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>KELLY SERVICES, INC.,<br><br>Defendant. | Case No. 3:14-cv-03256-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER VENUE TO THE EASTERN DISTRICT OF MICHIGAN**<br><br>Judge:   Honorable Vince Chhabria<br>Dept.:    4<br><br>First Amended Complaint Filed:<br>August 19, 2014 |

**STIPULATION**

Plaintiffs LaSandra Hillson, Steven Bohler, and Ashley Schmidt, and Defendant Kelly Services, Inc., by their respective attorneys and pursuant to 28 U.S.C. § 1404(a) and L.R. 3-2(h), hereby enter the following stipulation, which requests transfer of this action to the United States District Court for the Eastern District of Michigan, Detroit Division.

Plaintiffs filed this action on July 18, 2014 in the Northern District of California. The Parties now jointly stipulate as follows: (1) this case could have been brought in Eastern District of Michigan, Detroit Division; (2) venue is proper in the Eastern District of Michigan, Detroit Division; and (3) without Plaintiffs conceding the validity of any such clause or documents, Defendant has produced documents including a forum selection clause that sets forth that disputes between the parties must be litigated in the State of Michigan. Thus, the parties stipulate that, under 28 U.S.C. § 1404(a) and L.R. 3-2(h), the Eastern District of Michigan, Detroit Division, is the appropriate venue for this action, and that this action should be transferred to that venue for the convenience of parties and witnesses and in the interests of justice. The Case Management Conference currently scheduled for March 10, 2015 should be taken off-calendar.

Accordingly, the parties have submitted contemporaneously herewith a [Proposed] Order transferring this action to the Eastern District of Michigan, Detroit Division.

Stipulated and respectfully submitted,

DATED: March 2, 2015              NICHOLS KASTER, LLP

By: _____*/s/ Megan D. Yelle*_____
Megan D. Yelle (*pro hac vice*)
Attorneys for Plaintiffs
LASANDRA HILLSON, STEVEN BOHLER, and ASHLEY SCHMIDT, individually and as representatives of a class

1  DATED: March 2, 2015                    SEYFARTH SHAW LLP

2

3                                          By:     */s/ Laura J. Maechtlen*
                                                Gerald L. Maatman, Jr. (*pro hac vice*)
                                                Pamela Q. Devata (*pro hac vice*)
4                                               Laura J. Maechtlen
                                                Attorneys for Defendant
5                                               KELLY SERVICES, INC.

# [PROPOSED] ORDER TO TRANSFER VENUE TO THE EASTERN DISTRICT OF MICHIGAN

Currently before this Court is the parties' Stipulation to Transfer Venue to the Eastern District of Michigan, Detroit Division, pursuant to 28 U.S.C. § 1404(a) and L.R. 3-2(h). The parties further stipulate that, under 28 U.S.C. § 1404(a) and L.R. 3-2(h), the Eastern District of Michigan, Detroit Division, is the appropriate venue for this action, and that this action should be transferred to that venue for the convenience of parties and witnesses and in the interests of justice.

Based on this stipulation, this Court finds that, pursuant to 28 U.S.C. § 1404(a) and L.R. 3-2(h), this action should be transferred to the United States District Court for the Eastern District of Michigan, Detroit Division. Accordingly, this Court ORDERS that this case be transferred to the United States District Court for the Eastern District of Michigan, Detroit Division. The Case Management Conference currently scheduled for March 10, 2015, is taken off-calendar.

**IT IS SO ORDERED.**

Dated: March 3, 2015

Hon. Vince Chhabria
United States District Court Judge